IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BETH BUMAN and SHERRY ROGERS, On Behalf Of Themselves and All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs | ) ) CASE NO. 3:08-cv-00260 |
| v. | ) ) JUDGE ECHOLS ) MAGISTRATE JUDGE GRIFFIN |
| CONVERGYS CORPORATION and CONVERGYS CUSTOMER MANAGEMENT GROUP INC. | ) ) ) ) |
| Defendants. | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, TO FACILITATE EXPEDITED COURT-SUPERVISED CLASS NOTICE AND FOR EQUITABLE TOLLING**

Pursuant to the Court's July 14, 2008 Order (Docket Entry No. 27) and July 16, 2008 Order (Docket Entry No. 33, fn. 2), Defendants Convergys Corporation and Convergys Customer Management Group Inc. ("Defendants) move this Court for additional time (to August 22, 2008) to respond to Plaintiff's Motion for Conditional Certification, To Facilitate Expedited Court-Supervised Class Notice and for Equitable Tolling ("Motion"). Defendants request this extension as contemplated by the Court's July 16 Order so that they are not prejudiced by the filing of the Amended Complaint. Defendants request an extension of that deadline to August 22, 2008. In support of this Motion, Defendants rely upon and incorporate herein the Memorandum of Law, filed contemporaneously herewith.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ Mekesha H. Montgomery
Mekesha H. Montgomery (BPR No.025831)
424 Church Street
Suite 1600
Nashville, TN 37219-2308
(615) 251-5550
mmontgomery@fbtlaw.com

George E. Yund (admitted *pro hac vice*)
Eugene J. Droder III (admitted *pro hac vice*)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
gyund@fbtlaw.com
gdroder@fbtlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via ECF upon Gerald E. Martin and David W. Garrison, Barrett, Johnston & Parsley, 217 Second Avenue North, Nashville, TN 37201, on this 23rd day of July, 2008.

/s/ Mekesha H. Montgomery

CINLibrary 1868919v.1

2